**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 16-7494**

─────────────

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

    v.

JANELL TOVAH FISHER,

             Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:13-cr-00024-HEH-1)

─────────────

Submitted: March 14, 2017          Decided: March 16, 2017

─────────────

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Janell Tovah Fisher, Appellant Pro Se.  Erik Sean Siebert, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janell Tovah Fisher seeks to appeal, for the second time, his 2013 conviction and sentence for possession with intent to distribute cocaine. We affirmed the district court's judgment on Fisher's first direct appeal. United States v. Fisher, 554 F. App'x 214 (4th Cir. 2014) (No. 13-4502). Accordingly, we deny the motion to appoint counsel and dismiss the instant appeal as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED